WOODSTOCK–ON–HUDSON, Respondent, v. CITY OF YONKERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Woodstock-on-Hudson against the City of Yonkers and another. No opinion. Judgment affirmed, with costs.

———

WRAY v. MANN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Albert A. Wray against William D. Mann. Action No. 1. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

———

WRAY v. MANN. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Albert A. Wray against William D. Mann. Action No. 2. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

———

WRAY, Appellant, v. MANN, Respondent (three cases). (Supreme Court, Appellate Division, First Department. October 31, 1913.) Actions by Albert A. Wray against William D. Mann. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed.

———

WRAY, Appellant, v. MANN, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Albert A. Wray against William D. Mann. W. E. Kisselburgh, Jr., of New York City, for appellant. H. C. S. Stimpson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

———

YOUNGS, Respondent, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by William Youngs against the Syracuse, Binghamton & New York Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., not voting.

———

ZAHN, Respondent, v. SAAL et al., Appellants. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Anthony Zahn, an infant, against Nathan Saal and others. A. E. Brosmith, of New York City, for appellants. A. Ruger, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

END OF CASES IN VOL. 143

*